Leonard R. Berman
9220 SW Barbur Blvd. Suite 119, Box 180
Portland, OR 97219
P:503-516-3715
F:815-642-9117
Easyrabbi@yahoo.com
Attorney For Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SARAH RODGERS, GLORIA SELEEN, And a Class of Similarly Situated Women, | Case No. 3:19-CV-1398IM |
| Plaintiff(s), | |
| | PLAINTIFFS' VOLUNTARY DISMISSAL |
| v. ALANA BRUNS, Personally, KENNETH POHLSCHNEIDER, Personally, SGT. DONALD, Personally, SGT. MOORE, Personally, STEVE WALBORN, Personally, | |
| Defendants. | |

COME NOW plaintiffs and move the Court for an order allowing the voluntary dismissal with prejudice of the above matter, without costs or fees to either party.

DATED this 1st day of August, 2021.

Respectfully Submitted,

S//S Leonard R. Berman
_____
LEONARD R. BERMAN, OSB# 96040
Attorney for Plaintiff

1